**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Andrew P. DELIO, Defendant–
Appellant.**

**No. 09–50339.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 12, 2011.*

Filed July 18, 2011.

J. Lana Morton–Owens, Assistant U.S., Jerry Chenwei Yang, Assistant U.S., Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Joseph Scott Klapach, Klapach & Klapach, Beverly Hills, CA, for Defendant–Appellant.

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

## MEMORANDUM **

Andrew P. Delio appeals from the 15–month sentence imposed following his guilty-plea conviction for wire fraud, in violation of 18 U.S.C. § 1343, and impersonating a Federal Officer or Employee, in violation of 18 U.S.C. § 912. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Delio contends that the district court procedurally erred at sentencing by relying on a clearly erroneous interpretation of a 1994 incident, and that the above-Guidelines sentence is substantively unreasonable. The record reflects that the district court did not procedurally err, and in light of the totality of the circumstances, the sentence is substantively reasonable. *See United States v. Carty,* 520 F.3d 984, 991–93 (9th Cir.2008) (en banc).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.